1 | Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
2 | 16870 West Bernardo Dr., Suite 400
San Diego, California 92127
3 | Telephone: (858) 679-3396
Facsimile: (858) 630-4947
4 | psmith@paulsmithlaw.com

5 | Attorney for Plaintiff
CHRISTOPHER ALARCON

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

11

12 | Christopher Alarcon,                    ) Case No.: **'10 CV 2661 H      RBB**
                                           )
                  Plaintiff,               ) COMPLAINT
                                           )
13                                         ) DEMAND FOR JURY TRIAL
            v.                             )
14                                         )
                                           )
15 | Bishop, White, Marshall & Weibel, P.S.,)
                                           )
                  Defendant.               )
16                                         )
                                           )
17                                         )

18

19                         **PRELIMINARY STATEMENT**

20        1.      This is an action for actual and statutory damages plus costs and attorney

21 | fees brought by an individual consumer for violations of the federal Fair Debt Collection

22 | Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA") and the California

23 | Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788, *et seq.* (hereinafter,

24 | "Rosenthal Act"), which prohibit debt collectors from engaging in abusive, deceptive,

25 | and unfair practices.

26                         **JURISDICTION AND VENUE**

27        2.      The jurisdiction of this Court arises under 15 U.S.C. §1692k(d) and 28

28 | U.S.C. §1337.

COMPLAINT

3.     Plaintiff Christopher Alarcon ("Mr. Alarcon") is a natural person and resident of San Diego County, California.

4.     Upon information and belief, Defendant Bishop, White, Marshall & Weibel, P.S. ("Bishop") is a law firm specializing in debt collection and a Washington professional corporation with its principal place of business in Seattle, Washington. Bishop maintains an office in Pittsburg, California, and regularly conducts business in the Southern District of California, including usage of the Courts therein.

**FACTS**

5.     On or about July 16, 2009, Bishop filed a lawsuit against Mr. Alarcon on behalf of Beneficial California Inc. in the Superior Court of California, County of San Diego titled *Beneficial California Inc. v. Alarcon*, Case No. 37-2009-00094101 ("Collection Lawsuit").

6.     The Collection Lawsuit asserted common count claims for account stated and money paid, laid out, and expended and sought $13,616.60 plus $1,500 in attorney fees.

7.     On or about August 12, 2009, Mr. Alarcon filed an Answer in the Collection Lawsuit denying the allegations of Bishop's Complaint.

8.     On or about December 21, 2009, Bishop filed a Motion for Summary Judgment in the Collection Lawsuit.

9.     On or about April 2, 2010, Mr. Alarcon filed an opposition to the Motion for Summary Judgment in the Collection Lawsuit.

10.     On or about April 15, 2010, the Court in the Collection Lawsuit denied Bishop's Motion for Summary Judgment.

11.     On or about July 30, 2010, a trial was completed in the Collection Lawsuit and judgment was entered in favor of Mr. Alarcon against Beneficial California, Inc., finding that Mr. Alarcon owed no money to Beneficial California, Inc. and ordering Beneficial California, Inc. to pay Mr. Alarcon's court costs.

COMPLAINT

12.     As a direct and proximate result of Bishop's actions, Mr. Alarcon suffered actual damages including, but not limited to, financial harm, loss of productivity, anxiety, indignation, irritability, nervousness, fear, worry, loss of happiness, headaches, loss of sleep, insomnia, nausea, stress, and anger.

## FIRST CLAIM FOR RELIEF

### Violations of Federal Fair Debt Collection Practices Act

13.     Mr. Alarcon realleges and incorporates paragraphs 1 through 12 above as if fully set out herein.

14.     Mr. Alarcon is a "consumer" within the meaning of the FDCPA.

15.     Bishop is a "debt collector" within the meaning of the FDCPA.

16.     Bishop alleged that Mr. Alarcon owed a "debt" within the meaning of the FDCPA.

17.     Bishop violated the FDCPA, 15 U.S.C. §1692e(2), by communicating a false impression of the character, amount, or legal status of the alleged debt.

18.     Bishop violated the FDCPA, 15 U.S.C. §1692e, by using false, deceptive, or misleading representations or means in connection with attempted collection of the alleged debt.

19.     Bishop violated the FDCPA, 15 U.S.C. §1692f(1), by attempting to collect an amount not authorized by the agreement creating the debt or that was not permitted by law.

20.     Bishop violated the FDCPA, 15 U.S.C. §1692f, by using unfair or unconscionable means to collect or attempt to collect the alleged debt.

21.     Bishop violated the FDCPA, 15 U.S.C. §1692d, by engaging in conduct the natural consequence of which was to harass, oppress, and/or abuse in connection with attempted collection of the alleged debt.

22.     As a result of the above violations of the FDCPA, Bishop is liable to Mr. Alarcon for Mr. Alarcon's actual damages, statutory damages, costs, and attorney fees.

COMPLAINT

1

## SECOND CLAIM FOR RELIEF

2

### Violations of California Fair Debt Collection Practices Act

3    23.    Mr. Alarcon realleges and incorporates paragraphs 1 through 22 above as if

4    fully set out herein.

5    24.    Mr. Alarcon is a "debtor" within the meaning of the Rosenthal Act.

6    25.    Bishop is a "debt collector" within the meaning of the Rosenthal Act.

7    26.    Bishop alleged a "debt" to be owed by Mr. Alarcon within the meaning of

8    the Rosenthal Act.

9    27.    Bishop violated the Rosenthal Act, Cal. Civ. Code §1788.13(e), by falsely

10   representing that the alleged debt could be increased by the addition of attorney's fees

11   when in fact such fees could not legally be added to the alleged obligation.

12   28.    Each and every violation of the FDCPA as described herein is a violation of

13   the Rosenthal Act, Cal. Civ. Code §1788.17.

14   29.    As a result of the above violations of the Rosenthal Act, Bishop is liable to

15   Mr. Alarcon for Mr. Alarcon's actual damages, statutory damages, costs, and attorney

16   fees.

17   WHEREFORE, Mr. Alarcon respectfully prays that judgment be entered against

18   Bishop for the following:

19   A.    Actual damages of at least $90,000;

20   B.    Statutory damages pursuant to 15 U.S.C. §1692k in the amount of $1,000;

21   C.    Statutory damages pursuant to Cal. Civ. Code §1788.30(b) in the amount of

22   $1,000;

23   D.    Costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k and Cal.

24   Civ. Code §1788.30(c);

25   E.    For such other and further relief as may be just and proper.

26

27

28

- 4 -

COMPLAINT

Dated: December 24, 2010           LAW OFFICES OF PAUL E. SMITH

By: _____s/Paul E. Smith_____
PAUL E. SMITH
Attorney for Plaintiff
CHRISTOPHER ALARCON

## DEMAND FOR JURY TRIAL

Mr. Alarcon hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: December 24, 2010           LAW OFFICES OF PAUL E. SMITH

By: _____s/Paul E. Smith_____
PAUL E. SMITH
Attorney for Plaintiff
CHRISTOPHER ALARCON

- 5 -

COMPLAINT

# CIVIL COVER SHEET

JS 44 (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Christopher Alarcon

## DEFENDANTS
Bishop, White, Marshall & Weibel, P.S.

**(b)** County of Residence of First Listed Plaintiff **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Paul Smith, 16870 W Bernardo Dr 400, San Diego, CA 92127
(858) 679-3396

Attorneys (If Known)

**'10CV2661 H     RBB**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692 et seq

Brief description of cause:
Violations of Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 92,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE
12/24/2010

SIGNATURE OF ATTORNEY OF RECORD
s/Paul E. Smith

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____